IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARTHUR HARRIS,

    Petitioner,

v.                                          CASE NO. 4:08-cv-136-MP-AK

WALTER A. MCNEIL,[1]

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Amended Motion for Leave to Proceed *in forma pauperis*, by Arthur. A review of Petitioner's inmate account and the prison certification reveals that he has the funds to pay the $5.00 filing fee, in that his deposits for the last six months average more than $25.00 per month. Further review of Petitioner's petition will be deferred until the $5.00 filing fee is paid.

Accordingly, it is **ORDERED**:

1. Petitioner's amended motion to proceed *in forma pauperis*, Document 5, is **DENIED**.

2. Petitioner shall have until **May 16, 2008**, to submit the $5.00 filing fee to the Clerk of Court.

3. Walter A. McNeil is hereby **SUBSTITUTED** in place of Sam Culpepper as the proper respondent.

---

[1]The appropriate respondent is Petitioner's custodian, the Secretary of the Florida Department of Corrections, Walter A. McNeil, and he is hereby substituted in stead of Petitioner's immediate custodian.

4. **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this  *14th*   day of April, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**