IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARTHUR HARRIS,

    Petitioner,

v.                                           CASE NO. 4:08-cv-00136-MP-AK

SAM CULPEPPER,
WALTER A MCNEIL,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 8, the Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed as untimely. The time for filing objections has passed, and none have been filed. The Court agrees that the conviction in this case became final in March of 2005, and therefore suit should have been brought by March of 2006. This case, filed in September of 2007, is therefore untimely. Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _5th_ day of August, 2008

                                *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge